**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

LUMUMBA EARLE, individually and
as the Personal Representative of the
ESTATE of ANNIE EARLE, deceased,

               Plaintiff,

v.                                      CIVIL ACTION NO.   3:14-29536

CITY OF HUNTINGTON, d/b/a CITY OF
HUNTINGTON POLICE DEPARTMENT,
a municipal corporation, et al.,

               Defendants.

**ORDER**

Pending before the Court is Plaintiff's Motion to Produce the Rest of Nield's Internal Affairs Documents (ECF No. 269).   The Court **DIRECTS** Defendant to respond to this motion **by Monday, April 3, 2017** and **DIRECTS** Plaintiff to file a reply, if necessary, **by Friday, April 7, 2017**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                         ENTER:        March 27, 2017

                         ROBERT C. CHAMBERS, CHIEF JUDGE