UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISON

LUMUMBA EARLE, individually and
as the Personal Representative of the
ESTATE of ANNIE EARLE, deceased,

      Plaintiff,

v.                                                                        Civil Action: 3:14-29536

CITY OF HUNTINGTON, d/b/a CITY OF
HUNTINGTON POLICE DEPARTMENT,
a municipal corporation; JOSH NIELD,
individually and in his official capacity;
ST. MARY'S MEDICAL CENTER, INC., d/b/a
ST. MARY'S MEDICAL CENTER,
TAMMY PEYTON, individually and in her official capacity,
TARA RAMSEY, individually and in her official capacity,
BOBBI ADAMS, individually and in her official capacity,
MELISSA BLAGG, individually and in her official capacity,
ANDREA HEATH, individually and in her official capacity,
CABELL COUNTY 911, CABELL COUNTY COMMISSION,
TED GRANT, individually and in his official capacity,
PATRICK WATKINS, individually and in his official capacity,

      Defendants.

### MOTION TO EXCLUDE TESTIMONY THAT THE GRAND JURY DID NOT INDICT NIELD FOR CRIMINAL CHARGES

Now Comes Plaintiff Lumumba Earle, individually, and as the Personal Representative of the Estate of Annie Earle, Deceased, by and through counsel, Richard W. Weston, and moves the Court for entry of an Order excluding testimony that the Grand Jury did not Indict Nield for Criminal Charges, and states the following in support:

On September 22, 2014, the Cabell County, WV prosecuting attorney presented potential criminal charges against officer Neild for the death of Annie Earle to the grand jury. The grand

2

jury returned a "no true bill" or, in other words, refused to indict Nield on criminal charges. Plaintiff moves the Court to issue an order precluding the defense from mentioning that the grand jury did not indict Nield.

The Fourth Circuit has encountered almost identical facts and determined that evidence of a criminal dismissal or acquittal is not admissible in a civil trial. See *Rabon v. Great Southwest Fire Ins. Co.*, 818 F.2d 306, 309 (4th Cir. 1987). In *Rabon*, the plaintiff sued his insurance carrier for not paying for fire damage to his house. *Id*. He had previously escaped criminal prosecution for the arson of his house. *Id*. Plaintiff introduced evidence about his past criminal case being dismissed during the civil trial. *Id*. The court the evidence was properly excluded for two reasons. First, it invades the province of the jury and is "highly prejudicial." *Id*. Second, the criteria is different in a criminal case and civil trial. *Id*.

Wherefore, Plaintiff requests that any mention of the Grand Jury be precluded and for any other relief deemed proper by the Court.

        Lumumba Earle,
        An Individual,

By Counsel:  /s/Richard W. Weston
              Richard W. Weston (WVSB # 9734)
              WESTON | ROBERTSON
              337 Fifth Avenue
              Huntington, WV 25701
              (304) 522-4100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISON

LUMUMBA EARLE, individually and
as the Personal Representative of the
ESTATE of ANNIE EARLE, deceased,

       Plaintiff,

v.                                                          Civil Action: 3:14-29536

CITY OF HUNTINGTON, d/b/a CITY OF
HUNTINGTON POLICE DEPARTMENT,
a municipal corporation; JOSH NIELD,
individually and in his official capacity;
ST. MARY'S MEDICAL CENTER, INC., d/b/a
ST. MARY'S MEDICAL CENTER,
TAMMY PEYTON, individually and in her official capacity,
TARA RAMSEY, individually and in her official capacity,
BOBBI ADAMS, individually and in her official capacity,
MELISSA BLAGG, individually and in her official capacity,
ANDREA HEATH, individually and in her official capacity,
CABELL COUNTY 911, CABELL COUNTY COMMISSION,
TED GRANT, individually and in his official capacity,
PATRICK WATKINS, individually and in his official capacity,

       Defendants.

**CERTIFICATE OF SERVICE**

       I, Richard W. Weston, do hereby certify that on this 14th day of July 2017, I electronically filed the foregoing "**MOTION TO EXCLUDE TESTIMONY THAT THE GRAND JURY DID NOT INDICT NIELD FOR CRIMINAL CHARGES**," with the court using the CM/ECF system which will send notification of such filing to the below counsel of record:

       Steve Nord, Esquire

3

Offutt Nord Burchett
PO Box 2868
Huntington, WV 25728
sknord@onblaw.com

Robert M. Sellards, Esquire
Alex Turner, Esquire
J. Lauren H. Savory, Esquire
Nelson Mullins Riley & Scarborough LLP
PO Box 1856
Huntington, WV 25719-1856

Lee Murray Hall
Nathanial A. Kuratomi
Jenkins Fenstermaker, PLLC
PO Box 2688
Huntington, WV 25726


/s/ Richard W. Weston
Richard W. Weston (WVSB # 9734)
WESTON | ROBERTSON
337 Fifth Avenue
Huntington, West Virginia 25701
Phone: (304) 522-4100